IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MEOSHA STUCKEY**                                                                   **PLAINTIFF**

**V.**                                                                                          **NO. 4:16-CV-186-DMB-JMV**

**CLARKSDALE MUNICIPAL SCHOOL**
**DISTRICT**                                                                                 **DEFENDANT**

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 1st day of November, 2017.

                                                        **/s/ Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**